CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CRIMINAL DOCKET FOR CASE #: 0:23−mj−06455−PAB All Defendants
*Internal Use Only*

| | |
|---|---|
| Case title: USA v. Walter Alfredo Quiroa−Reyes | Date Filed: 09/29/2023 |
| | Date Terminated: 10/03/2023 |

Assigned to: US Magistrate Judge Panayotta D Augustin−Birch

**Defendant (1)**

| | | |
|---|---|---|
| **Walter Alfredo Quiroa−Reyes**<br>80429−510<br>*YOB 1981 Spanish*<br>*TERMINATED: 10/03/2023* | represented by | **Noticing FPD−FTL**<br>(954) 356−7436<br>Email: ftl_ecf@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21: U.S.C. § 963 CONSPIRACY TO MANUFACTURE AND DISTRIBUTE COCAINE, INTENDING, KNOWING, AND HAVING REASONABLE CAUSE TO BELIEVE IT WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES, 21: U.S.C. § 959 AND 18 MANUFACTURING | |

AND DISTRIBUTING COCAINE,
INTENDING, KNOWING, AND
HAVING REASONABLE CAUSE
TO BELIEVE IT WOULD BE
UNLAWFULLY IMPORTED INTO
THE UNITED STATES AND
AIDING AND ABETTING

---

**Plaintiff**

| USA | represented by | **Trevor Christopher Jones** |
| | | DOJ–USAO |
| | | 500 E. Broward Blvd. |
| | | Ste 7th Floor |
| | | Ft. Lauderdale, FL 33394 |
| | | 786–564–9109 |
| | | Email: trevor.jones@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 09/29/2023 | 1 | Magistrate Judge Removal of Indictment from Eastern District of Texas Case number in the other District 4:23–CR–141 as to Walter Alfredo Quiroa–Reyes (1). (smy) (Entered: 09/29/2023) |
| 10/03/2023 | | Set/Reset Hearings as to Walter Alfredo Quiroa–Reyes: Initial Appearance – Rule 5(c)(3)/40 set for 10/3/2023 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (smy) (Entered: 10/03/2023) |
| 10/03/2023 | 2 | Government's **ORE TENUS** MOTION to Unseal by USA as to Walter Alfredo Quiroa–Reyes. (tpl) (Entered: 10/03/2023) |
| 10/03/2023 | 3 | ORDER granting 2 Motion to Unseal as to Walter Alfredo Quiroa–Reyes (1). Signed by US Magistrate Judge Panayotta D Augustin–Birch on 10/3/2023. *See attached document for full details.* (tpl) (Entered: 10/03/2023) |
| 10/03/2023 | 4 | Minute Order for proceedings held before US Magistrate Judge Panayotta D Augustin–Birch: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Walter Alfredo Quiroa–Reyes held on 10/3/2023. Date of Arrest or Surrender: 10/03/2023.. Spanish Interpreter present. Attorney added: Noticing FPD–FTL for Walter Alfredo Quiroa–Reyes (Digital 11:17:47; 11:41:05) Signed by US Magistrate Judge Panayotta D Augustin–Birch on 10/3/2023. (tpl) (Entered: 10/03/2023) |
| 10/03/2023 | 5 | Government's **ORE TENUS** MOTION for Detention Hearing by USA as to Walter Alfredo Quiroa–Reyes. (tpl) (Entered: 10/03/2023) |
| 10/03/2023 | 6 | ORDER granting 5 Government's ore Tenus Motion for Detention Hearing as to Walter Alfredo Quiroa–Reyes (1). Signed by US Magistrate Judge Panayotta D Augustin–Birch on 10/3/2023. (tpl) (Entered: 10/03/2023) |
| 10/03/2023 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Walter Alfredo Quiroa–Reyes (tpl) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 10/03/2023) |
| 10/03/2023 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Walter Alfredo Quiroa−Reyes. Defendant committed to District of Eastern District of Texas.. Closing Case for Defendant. Signed by US Magistrate Judge Panayotta D Augustin−Birch on 10/3/2023. *See attached document for full details.* (tpl) (Entered: 10/03/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED**
JUN 1 5 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | Case No. 4:23CR-141 |
| | § | Judge Jordan |
| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | § | |
| ▉▉▉▉▉' ▉▉▉▉▉▉▉ | § | |
| WALTER ALFREDO QUIROA-REYES | § | OUR CASE: 23-MJ-6455-PAB |
| (2) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute Cocaine, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States)

Beginning in or about 2013, and continuing thereafter through the date of this Indictment, within the extraterritorial jurisdiction of the United States, including locations in and adjacent to Guatemala, Mexico, Honduras, Colombia, and various countries throughout South, Central, and North America, and elsewhere, the defendants,

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
**Walter Alfredo Quiroa-Reyes,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly and intentionally manufacture and

distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a) and 960. All in violation of 21 U.S.C. § 963.

## Count Two

> Violation: 21 U.S.C. § 959 and 18 U.S.C. § 2 (Manufacturing and Distributing Cocaine, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States and Aiding and Abetting)

On multiple dates beginning in or about 2013 and continuing thereafter through the date of this Indictment, within the extraterritorial jurisdiction of the United States, including locations in and adjacent to Guatemala, Mexico, Honduras, Colombia, and various countries throughout South, Central, and North America, and elsewhere, the defendants,

**Walter Alfredo Quiroa-Reyes,**

aided and abetted by each other and other persons known and unknown to the Grand Jury, did knowingly and intentionally manufacture and distribute five or more kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that

such substance would be unlawfully imported into the United States. All in violation of 21 U.S.C. § 959.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 21 U.S.C. §§ 853 and 970, 28 U.S.C. § 2461(c).

As the result of committing the offenses charged in this Indictment, the defendants shall forfeit to the United States pursuant to 21 U.S.C. §§ 853(a) and 970, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses.

As authorized by 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), the United States intends to seek forfeiture of substitute property belonging to the defendants if, as a result of the defendants' acts or omissions, any property subject to forfeiture (1) cannot be located upon the exercise of due diligence, (2) has been transferred or sold to, or deposited with, a third party, (3) has been placed beyond the jurisdiction of the court, (4) has been substantially diminished in value, or (5) has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL,

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
United States Attorney

_____     6/14/2023
WES WYNNE                           DATE
Assistant United States Attorney

Indictment                                                                   Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | **SEALED** |
| v. | § § | Case No. 4:23CR- 141 |
|  | § § § | Judge Jordan |
| WALTER ALFREDO QUIROA-REYES (2) | § § § | OUR CASE: 23-MJ-6455-PAB |

## NOTICE OF PENALTY

### Counts One and Two

Violations: 21 U.S.C. §§ 959 and 963.

Penalties: Imprisonment for not less than 10 years nor more than life, a fine not to exceed $10,000,000, and a term of supervised release of at least 5 years.

If the defendant has a previous conviction under the above statutes, the imprisonment term, fine amount, and supervised release term are double that otherwise authorized for an initial violation of those statutes.

Special
Assessment: $100.00 per count

Case 0:23-mj-06455-PAB Document 9 Entered on FLSD Docket 10/02/2023 Page 8 of 16
Case 4:23-cr-00141-SDJ-AGD Document 10 Filed 09/28/23 Page 3 of 5
11565807

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Walter Alfredo Quiroa-Reyes (2)<br><br>*Defendant* | )<br>)  Case No.  4:23-cr-00141-SDJ-AGD-2<br>)<br>)  OUR CASE: 23-MJ-6455-PAB<br>)<br>) |

**RECEIVED**
**EASTERN DISTRICT OF TEXAS**
11:10 am Jun 21, 2023

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Walter Alfredo Quiroa-Reyes ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 963 (Conspiracy to Manufacture and Distribute Cocaine, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States) (1)

21 U.S.C. § 959 and 18 U.S.C. § 2 (Manufacturing and Distributing Cocaine, Intending, Knowing, and Having Reasonable Cause to Believe it would be Unlawfully Imported into the United States and Aiding and Abetting) (2)

Date: 06/15/2023

*Issuing officer's signature*

City and state: Sherman, TX

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

8

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: US Magistrate Judge Panayotta D Augustin-Birch
(augustin-birch@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:23749248@flsd.uscourts.gov
Subject:Activity in Case 23-6455 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2023 at 9:06 AM EDT and filed on 10/3/2023

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 0:23−mj−06455−PAB *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set/Reset Hearings as to Walter Alfredo Quiroa−Reyes: Initial Appearance − Rule 5(c)(3)/40 set for 10/3/2023 11:00 AM in Fort Lauderdale Division before FTL Duty Magistrate Judge. (smy)**

**0:23−mj−06455−PAB *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: US Magistrate Judge Panayotta D Augustin-Birch
(augustin-birch@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:23751114@flsd.uscourts.gov
Subject:Activity in Case 23-6455 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

# U.S. District Court

## Southern District of Florida

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2023 at 2:02 PM EDT and filed on 10/3/2023

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 0:23–mj–06455–PAB *SEALED* |
| **Filer:** | USA |
| **Document Number:** | 2(No document attached) |

**Docket Text:**
 **Government's ORE TENUS MOTION to Unseal by USA as to Walter Alfredo Quiroa–Reyes. (tpl)**

**0:23–mj–06455–PAB *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MJ-6455-PAB

UNITED STATES OF AMERICA
          Plaintiff

vs

Walter Alfredo Quiroa-Reyes
                      Defendant
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT filed in the Eastern District of Texas.

UPON ORAL motion of the Government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED INDICTMENT filed in the Eastern District of Texas be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 3rd, October 2023.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record

# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**      Date: 10/3/2023    Time: 11:00 a.m.

**Defendant:** Walter Alfredo Quiroa-Reyes (J)    **J#:** 80429-510    **Case #:** 23-MJ-6455-PAB

**AUSA:** Trevor Jones      **Attorney:** Tim Day, AFPD

**Violation:** CONSPIRACY TO MANUFACTURE AND DISTRIBUTE COCAINE, INTENDING, KNOWING, AND HAVING REASONABLE CAUSE TO BELIEVE IT WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES; MANUFACTURING AND DISTRIBUTING COCAINE, INTENDING, KNOWING, AND HAVING REASONABLE CAUSE TO BELIEVE IT WOULD BE UNLAWFULLY IMPORTED INTO THE UNITED STATES AND AIDING AND ABETTING

**Proceeding:** Initial Appearance/Rule 5      **CJA Appt:**

**Bond/PTD Held:** ☐ Yes ☐ No    **Recommended Bond:** Detention

**Bond Set at:** Detention, pending hearing in TXED    **Co-signed by:**

☐ Surrender and/or do not obtain passports/travel docs    **Language:** Spanish

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

**Disposition:**

Defendant present and advised of rights and charges.

Spanish Interpreter present

**Court grants Government Ore Tenus Motion to Unseal Indictment.** See Order.

Defendant sworn and found indigent by the Court.

**Court appoints FPD.**

**Court grants Government Ore Tenus Motion for Detention Hearing. Court detains defendant, pending Detention Hearing.**

**Defendant waives Identity/Detention Hearing in SDFL, see Waiver.**

All further proceedings to be held in Eastern District of Texas.

**NEXT COURT APPEARANCE**    Date:    Time:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 11:17:47; 11:41:05      Time in Court: 30 minutes

**CHECK IF APPLICABLE:** ____ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..

12

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Trevor Christopher Jones (doreen.sanabria@usdoj.gov,
trevor.jones@usdoj.gov, usafls.ftlscheduler@usdoj.gov), Noticing FPD-FTL (ftl_ecf@fd.org),
US Magistrate Judge Panayotta D Augustin-Birch (augustin-birch@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:23751159@flsd.uscourts.gov
Subject:Activity in Case 0:23-mj-06455-PAB USA v. Walter Alfredo Quiroa-Reyes Motion for
Miscellaneous Relief
Content-Type: text/html
```

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 10/3/2023 at 2:10 PM EDT and filed on 10/3/2023

| | |
|---|---|
| **Case Name:** | USA v. Walter Alfredo Quiroa–Reyes |
| **Case Number:** | <u>0:23–mj–06455–PAB</u> |
| **Filer:** | USA |
| **Document Number:** | 5(No document attached) |

**Docket Text:**
**Government's ORE TENUS MOTION for Detention Heairng by USA as to Walter Alfredo Quiroa–Reyes. (tpl)**

**0:23–mj–06455–PAB–1 Notice has been electronically mailed to:**

Noticing FPD–FTL &nbsp &nbsp ftl_ecf@fd.org

Trevor Christopher Jones &nbsp &nbsp trevor.jones@usdoj.gov, Doreen.Sanabria@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:23–mj–06455–PAB–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing FPD-FTL (ftl_ecf@fd.org), Trevor Christopher Jones
(doreen.sanabria@usdoj.gov, trevor.jones@usdoj.gov, usafls.ftlscheduler@usdoj.gov), US
Magistrate Judge Panayotta D Augustin-Birch (augustin-birch@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:23751170@flsd.uscourts.gov
Subject:Activity in Case 0:23-mj-06455-PAB USA v. Walter Alfredo Quiroa-Reyes Order on
Motion for Miscellaneous Relief
Content−Type: text/html
```

# U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 10/3/2023 at 2:11 PM EDT and filed on 10/3/2023

| | |
|---|---|
| **Case Name:** | USA v. Walter Alfredo Quiroa−Reyes |
| **Case Number:** | [0:23−mj−06455−PAB](#) |
| **Filer:** | |
| **Document Number:** | 6(No document attached) |

**Docket Text:**
 **ORDER granting [5] Government's ore Tenus Motion for Detention Hearing as to Walter Alfredo Quiroa−Reyes (1). Signed by US Magistrate Judge Panayotta D Augustin−Birch on 10/3/2023. (tpl)**


**0:23−mj−06455−PAB−1 Notice has been electronically mailed to:**

Noticing FPD−FTL &nbsp &nbsp ftl_ecf@fd.org

Trevor Christopher Jones &nbsp &nbsp trevor.jones@usdoj.gov, Doreen.Sanabria@usdoj.gov, USAFLS.FTLScheduler@usdoj.gov

**0:23−mj−06455−PAB−1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No: 23-MJ-6455 -PAB

United States of America
    Plaintiff,
  v.

Charging District's Case No. 4:23-CR-141

Walter Alfredo Quiroa-Reyes
    Defendant,
_____/

### **WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS**

    I understand that I have been charged in another district, the Eastern District of Texas.

    I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☐ An identity hearing and production of the warrant.

☐ A preliminary hearing.

☐ A detention hearing in the Southern District of Florida.

☒ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/3/2023

_____
Defendant's Signature

_____
Panayotta Augustin-Birch
UNITED STATES MAGISTRATE JUDGE

15

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | FLORIDA |
|---|---|---|

| UNITED STATES OF AMERICA<br>vs.<br>WALTER ALFREDO QUIROA-REYES | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest<br>EASTERN DISTRICT OF TEXAS | District of Offense<br>4:23 CR-141 | District of Arrest<br>SOUTHERN DISTRICT OF FLORIDA | District of Offense<br>23-MJ-6455-PAB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☒ PETITION

**charging a violation of** 21:U.S.C.§963; 21:U.S.C.§959;

**DISTRICT OF OFFENSE:**

EASTERN DISTRICT OF TEXAS

**PRETRIAL RELEASE VIOLATION**

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?** ☐ No    Yes    Language: SPANISH

**SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10-3-2023
Date                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

16